# Court of Appeals
# of the State of Georgia

ATLANTA, February 14, 2013

*The Court of Appeals hereby passes the following order:*

**A12A2543. JOEY JONES v. MS. MULLIS, MEDICAL DIRECTOR et al.**

Prison Inmate Joey Jones filed a direct appeal from the trial court's order denying the filing of a pro se civil action against "Ms. Mullis, Medical Director; P. A. Connie Kilgore and Dr. Ruis, Doctor at Wilcox State Prison, et al.[; and] Dr. Sharon Lewis, Medical Director GDC." Because Jones was incarcerated when he sought to file the action, his appeal is controlled by the Prison Litigation Reform Act of 1996. OCGA § 42-12-1 et seq. Under OCGA § 42-12-8, "[a]ppeals of actions filed by prisoners shall be as provided in Code Section 5-6-35." That section provides that any party wishing to appeal must file an application for discretionary appeal to the appropriate appellate court. Jones's failure to file an application for discretionary appeal deprives this Court of jurisdiction over this direct appeal. See *Jones v. Townsend*, 267 Ga. 489, 490 (480 SE2d 24) (1997); *Botts v. Givens*, 223 Ga. App. 139 (476 SE2d 816) (1996). Accordingly, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 02/14/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 , *Clerk.*